KIRK B. LENHARD, ESQ., Bar # 1437
klenhard@BHFS.com
JEFFREY S. RUGG, ESQ., Bar # 10978
jrugg@BHFS.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

Attorneys for Plaintiff Reginald ("Reggie") Jackson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **REGINALD ("REGGIE") JACKSON,** an individual and citizen of California,<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN MEMORABILIA, INC.,** a Nevada corporation, **VICTOR MORENO**, an individual and citizen of Nevada, **RESURRECTION JACKSON**, an individual and citizen of Pennsylvania, **MARTINEZ JACKSON, JR.**, an individual and citizen of Pennsylvania, and **JOHN DOE known as "WAYNE"**, an individual and citizen of Pennsylvania,<br><br>Defendants. | Case No.  11-CV-01106-KJD-GWF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

UPON CONSIDERATION of the motion filed by Plaintiff Reginald ("Reggie") Jackson for a preliminary injunction to prevent Defendants American Memorabilia, Inc., Victor Moreno, Resurrection Jackson, Martinez Jackson, Jr. and a John Doe known as "Wayne" (collectively "Defendants") from selling or transferring (i) a ring Mr. Jackson had made for his father to wear which is in the style of the 1977 World Series Championship ring presented to Mr. Jackson by the New York Yankees (the "Jackson Custom Ring") and (ii) a watch the New York Yankees presented to Mr. Jackson to celebrate his 400th home run (the "Jackson 400 Watch"), the supporting memorandum of points and authorities, the supporting declarations of Mr. Jackson and

Joe Jackson, the evidence, the record in this case, and for other good cause shown;

THE COURT HEREBY FINDS THAT:

1. Mr. Jackson will suffer irreparable injury if (i) the July 7, 2011 auction is not enjoined and the Jackson Custom Ring and Jackson 400 Watch are sold or transferred to third parties; and (ii) the Court does not require that the Jackson Custom Ring and the Jackson 400 Watch be placed in a safe and secure location where none of Defendants or even Mr. Jackson can transfer them to a third party or remove them from the jurisdiction of this Court;

2. Mr. Jackson is likely to succeed on his claims for replevin and quiet title, because Mr. Jackson has demonstrated that he has superior right to title and possession to the Jackson Custom Ring and Jackson 400 Watch, which title and right to possess he retained during the time he allowed his father to display these items during his lifetime;

3. The balance of hardships tips in favor of Mr. Jackson because issuance of the preliminary injunction would merely delay the sale of the Jackson Custom Ring and the Jackson 400 Watch, whereas the loss of these items to a third party outside of Mr. Jackson's family would constitute a severe hardship to Mr. Jackson not compensable by money; and

4. The public interest will benefit from granting a preliminary injunction because any third party who wishes to purchase the Jackson Custom Ring or the Jackson 400 Watch now or in the future will benefit from resolution of this case on the merits.

THEREFORE, IT IS HEREBY ORDERED THAT, pending a full trial on the merits:

A. Defendants shall be barred from selling the Jackson Custom Ring and/or the Jackson 400 Watch;

B. Defendants shall be enjoined from transferring possession of the Jackson Custom Ring and/or the Jackson 400 Watch to any third party;

C. The Jackson Custom Ring and the Jackson 400 Watch shall remain in the safe deposit box at US Bank in North Las Vegas, Nevada subject to the joint custody of Mr. Jackson and Defendants during the pendency of this action; and

D. The nominal bond of $100.00 posted by Mr. Jackson is sufficient because the evidence indicates that Defendants will only suffer, if at all, minimal damage by the issuance of this preliminary injunction.

ENTERED this 21st day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:      /s/ Jeffrey S. Rugg
    KIRK B. LENHARD, ESQ., Bar # 1437
    JEFFREY S. RUGG, ESQ., Bar # 10978
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada  89106-4614

Attorneys for Plaintiff REGINALD ("REGGIE") JACKSON