# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REGINALD ("REGGIE") JACKSON,

    Plaintiff,

v.

AMERICAN MEMORABILIA, INC., *et al.*,

    Defendants.

Case No. 2:11-CV-01106-KJD-CWH

**ORDER**

    Presently before the Court is Plaintiff's Motion for Summary Judgment (#44) filed on March 8, 2012. On March 7, 2012, the Court entered the parties' Stipulation to Dismiss (#43) Defendants American Memorabilia, Inc., Victor Moreno, and Resurrection Jackson. On March 20, 2012, counsel for the remaining defendant, Martinez Jackson, Jr., filed a motion to withdraw as counsel. The motion to withdraw was granted (#49) on March 29, 2012. On April 2, 2012, the parties stipulated (#50) to an extension of time granting Defendant Martinez Jackson until May 2, 2012 to find new counsel and oppose the motion for summary judgment. The stipulation and court order were served on Martinez Jackson by mail on or about April 2, 2012 (#50-1).

    Though the time for doing so has passed, Defendant Martinez Jackson has failed to file an opposition to the motion for summary judgment, associate new counsel, or otherwise respond to the

1  order of the Court.  Therefore, in accordance with Local Rule 7-2(d), having evaluated the merits of
2  the motion and considering all admissible evidence before the Court, the Court grants the motion for
3  summary judgment.
4       Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment
5  (#44) is **GRANTED**;
6       IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Plaintiff and
7  against Defendant Martinez Jackson, Jr.
8       DATED this 7th day of May 2012.

Kent J. Dawson
United States District Judge